IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AHOUEFA DAHOUI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KATY BROWN, WHOLE BODY RESEARCH (aka GOLDEN CARE), and FNU SPENCER,<br><br>　　　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS ACTION**<br><br>Case No. 2:23-cv-00748-TC-DAO<br><br>District Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

　　　　On March 11, 2024, United States Magistrate Judge Daphne A. Oberg issued a Report & Recommendation (R&R, ECF No. 10) recommending that the court dismiss the above-captioned case because Ms. Dahoui has failed to: 1) allege facts supporting subject-matter jurisdiction; 2) "state a claim on which relief may be granted[,]" 28 U.S.C. § 1915(e)(2)(B); and 3) explain what claims are being asserted against which Defendants. Ms. Dahoui had fourteen days to file objections to the R&R. See 28 U.S.C. § 636(b)(1)(C).

　　　　More than 14 days have passed, and Ms. Dahoui has not filed objections. The court therefore reviewed the R&R for clear error. See Fed. R. Civ. P. 72 Advisory Comm. Notes 1983 Addition Subdivision (b). Finding no clear error, the court adopts Judge Oberg's R&R in its entirety and dismisses this case without prejudice for lack of subject-matter jurisdiction.

**ORDER**

　　　　The court ADOPTS the R&R (ECF No. 10) and DISMISSES this case without prejudice.

　　　　DATED this 27th day of March, 2024.

1

BY THE COURT:

*Tena Campbell*
_____
TENA CAMPBELL
U.S. District Court Judge